Richard G. Grotch, Esq. - SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax.(650) 592-5027
Email: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
UNITED AIR LINES, INC. .

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE MARIE LEWIS, | No. C 06-00306 SBA |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| SKYWEST AIRLINES, INC.; UNITED AIR LINES, INC., and does 1-20, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between plaintiff CATHERINE MARIE LEWIS and defendants UNITED AIR LINES, INC. and SKYWEST AIRLINES, INC., through their respective counsel, that an order be entered, dismissing the above-entitled action with prejudice, each side to bear her or its own costs and attorney's fees.

Dated: October 17, 2006                THE DUNNION LAW FIRM

/s/

By:_____
    Patrick Feavel
    Attorneys for Plaintiff
    Catherine Marie Lewis

///

///

Stipulation and [Proposed] Order of Dismissal With
Prejudice – C 06-0306 SBA

| | | |
|---|---|---|
| 1 | Dated: November 20, 2006 | CODDINGTON, HICKS & DANFORTH |
| 2 | | |
| 3 | | /s/ |
| 4 | | By: _____<br>Richard G. Grotch<br>Attorneys for Defendant |
| 5 | | United Air Lines, Inc. |
| 6 | | |
| 7 | Dated: October 20, 2006 | SHAW, TERHAR & LAMONTAGNE LLP |
| 8 | | /s/ |
| 9 | | By: _____<br>Michael J. Terhar |
| 10 | | Attorneys for Defendant<br>Skywest Airlines, Inc. |

## ORDER

Having been provided with the foregoing stipulation, IT IS HEREBY ORDERED:

That the above-entitled action be dismissed, with prejudice, each party to bear her or its own attorney's fees and costs.

SO ORDERED.

Dated: 11/27/06

*Saundra B Armstrong*
Honorable Saundra Brown Armstrong
United States District Judge

CODDINGTON, HICKS & DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

Stipulation and [Proposed] Order of Dismissal With Prejudice – C 06-0306 SBA